# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Quattlebaum, Jr, Arthur M. | United States Fourth Circuit Court of Appeals | 5/12/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Article III Judge | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

Clement Haynesworth Federal Building
300 East Washington Street
Greenville, SC, 29601

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Shareholder | Enveritas |
| 2. | Director | Greater Greenville YMCA |
| 3. | Director | Christ Church Episcopal School |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Future Scholar 529 Plan (H) | | | | | | | | | |
| 2. -Columbia Conservative E Agg Track | A | Interest | L | T | | | | | |
| 3. Future Scholar 529 Plan (H) | | | | | | | | | |
| 4. -Columbia Bank Deposit 529 E | A | Interest | M | T | | | | | |
| 5. Future Scholar 529 Plan (H) | | | | | | | | | |
| 6. -Columbia Bank Deposit Plan | A | Interest | M | T | | | | | |
| 7. AT&T, Inc. | A | Dividend | J | T | | | | | |
| 8. LQ Janus Henderson IRA (H) Account (H) | | | | | | | | | |
| 9. -Janus Henderson Research D Shr | C | Dividend | L | T | | | | | |
| 10. -Foster Victor IRA (H) | | | | | | | | | |
| 11. -JP Morgan Divers Ret US Mid Cp Eq ETF | A | Dividend | | | Sold | 06/18/20 | M | E | |
| 12. -JP Morgan Diversified Return US Eq ETF | A | Dividend | | | Sold | 06/18/20 | M | E | |
| 13. -Schwab US Large-Cap Value ETF | A | Dividend | | | Sold | 06/18/20 | M | E | |
| 14. -Schwab US Large-Cap Growth ETF | A | Dividend | | | Sold | 06/18/20 | J | A | |
| 15. -American Funds New World F1 | C | Dividend | L | T | Sold (part) | 04/02/20 | J | B | |
| 16. | | | | | Sold (part) | 09/14/20 | K | C | |
| 17. -JP Morgan Divers Ret US Small Cap Eq ETF | A | Dividend | | | Sold | 06/18/20 | M | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   -Prudential Short-Term Corporate Bd Z | A | Dividend | | | Sold | 03/05/20 | L | C | |
| 19.   -MFS International New Discovery A | A | Dividend | | | Sold | 09/14/20 | M | E | |
| 20.   -Ishares Edge Min VolEAFE ETF | B | Dividend | L | T | Buy<br>(add'l) | 05/14/20 | K | | |
| 21. | | | | | Sold<br>(part) | 09/14/20 | K | C | |
| 22.   -PPL Corporation | B | Dividend | K | T | | | | | |
| 23.   -Genuine Parts Co | D | Dividend | M | T | Buy<br>(add'l) | 04/02/20 | K | | |
| 24. | | | | | Sold<br>(part) | 08/06/20 | K | B | |
| 25. | | | | | Sold<br>(part) | 09/14/20 | J | A | |
| 26.   -Altria Group Inc | C | Dividend | | | Sold | 09/23/20 | M | D | |
| 27.   -Alliant Energy Corp | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 28.   -Compass Minerals Int | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 29.   -Lamar Advertising Co REIT | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 30.   -Pepsico Incorporated | B | Dividend | K | T | Sold<br>(part) | 03/19/20 | J | A | |
| 31.   -Emerson Electric Co | B | Dividend | L | T | Sold<br>(part) | 11/20/20 | J | A | |
| 32.   -Verizon Communication | B | Dividend | K | T | Sold<br>(part) | 03/19/20 | J | A | |
| 33. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 34.   -Amer Electric Power Co | C | Dividend | L | T | Sold<br>(part) | 03/05/20 | J | B | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 03/19/20 | J | A | |
| 36. | | | | | Buy (add'l) | 04/16/20 | J | | |
| 37. | | | | | Buy (add'l) | 09/17/20 | J | | |
| 38.  -Southern Company | B | Dividend | K | T | Sold (part) | 03/05/20 | J | A | |
| 39. | | | | | Buy (add'l) | 09/03/20 | J | | |
| 40. | | | | | Sold (part) | 10/29/20 | J | A | |
| 41.  -Hanesbrands Inc | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 42.  -Wells Fargo Bank | C | Dividend | | | Sold | 08/28/20 | M | C | |
| 43.  -Truist Financial Corp (F/K/A BB&T Corporation) | B | Dividend | L | T | Buy (add'l) | 03/19/20 | K | | |
| 44. | | | | | Sold (part) | 11/20/20 | K | A | |
| 45.  -Amgen Inc | D | Dividend | M | T | Sold (part) | 01/23/20 | K | B | |
| 46. | | | | | Sold (part) | 03/19/20 | K | B | |
| 47. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 48. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 49.  -Johnson & Johnson | C | Dividend | M | T | Sold (part) | 03/19/20 | K | B | |
| 50. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 51. | | | | | Buy (add'l) | 11/12/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | -Ventas Inc REIT | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 53. | -Welltower REIT | C | Dividend | | | Sold | 05/07/20 | M | D | |
| 54. | -Procter & Gamble | B | Dividend | L | T | Sold<br>(part) | 03/19/20 | J | A | |
| 55. | | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 56. | | | | | | Sold<br>(part) | 10/29/20 | J | A | |
| 57. | -Duke Energy Corp | A | Dividend | | | Sold | 03/06/20 | J | A | |
| 58. | -Pfizer Incorporated | B | Dividend | L | T | | | | | |
| 59. | -PIMCO Income Class A | C | Dividend | | | Sold | 03/05/20 | L | D | |
| 60. | -Phillip Morris Intl | C | Dividend | L | T | Sold<br>(part) | 03/05/20 | J | A | |
| 61. | | | | | | Buy<br>(add'l) | 11/20/20 | J | | |
| 62. | -General Mills | B | Dividend | K | T | Sold<br>(part) | 03/19/20 | J | A | |
| 63. | | | | | | Buy<br>(add'l) | 09/14/20 | J | | |
| 64. | -Enbridge Inc | C | Dividend | L | T | Buy<br>(add'l) | 11/20/20 | J | | |
| 65. | -Realty Incm Corp REIT | C | Dividend | M | T | Buy<br>(add'l) | 03/19/20 | K | | |
| 66. | | | | | | Sold<br>(part) | 09/14/20 | K | B | |
| 67. | | | | | | Buy<br>(add'l) | 12/10/20 | J | | |
| 68. | -T. Rowe Price Real Estate Fund Inv | C | Dividend | | | Sold | 06/25/20 | L | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -United Parcel Srvc | B | Dividend | K | T | Buy (add'l) | 03/05/20 | J | | |
| 70. | | | | | Sold (part) | 03/19/20 | J | A | |
| 71. | | | | | Buy (add'l) | 04/30/20 | J | | |
| 72. | | | | | Sold (part) | 07/23/20 | J | A | |
| 73. | | | | | Sold (part) | 08/06/20 | J | A | |
| 74. -Oakmark Intl Fund Inv | B | Dividend | | | Sold | 06/11/20 | M | D | |
| 75. -T. Rowe Price Blue Chip Growth Fd Inv | C | Dividend | M | T | Sold (part) | 04/02/20 | J | A | |
| 76. | | | | | Sold (part) | 05/14/20 | K | C | |
| 77. | | | | | Buy (add'l) | 06/26/20 | L | | |
| 78. | | | | | Sold (part) | 09/14/20 | M | D | |
| 79. -T Rowe Price Oversease Stock Fund Inv | C | Dividend | M | T | Buy (add'l) | 06/11/20 | L | | |
| 80. | | | | | Sold (part) | 09/14/20 | L | D | |
| 81. | | | | | Buy (add'l) | 10/01/20 | J | | |
| 82. -Schwab Bank Cash Sweep | A | Interest | L | T | | | | | |
| 83. -PIMCO Total Return Fund Cl A | A | Dividend | | | Sold | 03/05/20 | K | C | |
| 84. -Broadcom Inc | D | Dividend | M | T | Buy (add'l) | 03/19/20 | K | | |
| 85. | | | | | Sold (part) | 04/02/20 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | Sold<br>(part) | 05/22/20 | J | A | |
| 87. | | | | | Sold<br>(part) | 09/03/20 | K | B | |
| 88.    -Keurig Dr Pepper Inc | C | Dividend | M | T | Buy<br>(add'l) | 01/23/20 | K | | |
| 89. | | | | | Sold<br>(part) | 04/02/20 | K | B | |
| 90. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 91.    -Metlife Inc | C | Dividend | L | T | Buy<br>(add'l) | 03/19/20 | J | | |
| 92. | | | | | Sold<br>(part) | 11/12/20 | J | A | |
| 93.    -Valero Energy Corp | D | Dividend | M | T | Buy<br>(add'l) | 03/05/20 | K | | |
| 94. | | | | | Buy<br>(add'l) | 03/19/20 | K | | |
| 95. | | | | | Sold<br>(part) | 04/30/20 | L | C | |
| 96. | | | | | Buy<br>(add'l) | 08/06/20 | K | | |
| 97. | | | | | Buy<br>(add'l) | 10/01/20 | J | | |
| 98. | | | | | Buy<br>(add'l) | 10/29/20 | K | | |
| 99. | | | | | Sold<br>(part) | 11/12/20 | K | B | |
| 100.  -AmerisourceBergen Corp | B | Dividend | K | T | Buy | 09/14/20 | K | | |
| 101.  -Adobe Inc | B | Dividend | L | T | Buy | 09/14/20 | L | | |
| 102.  -Amern Tower Corp | B | Dividend | L | T | Buy | 09/14/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 11/25/20 | J | | |
| 104.  -Amazon.com Inc | B | Dividend | L | T | Buy | 09/14/20 | L | | |
| 105.  -Baird Aggregate Bond Inv | D | Dividend | M | T | Buy | 06/26/20 | M | | |
| 106. | | | | | Sold (part) | 10/01/20 | K | C | |
| 107.  -Booking Holdings Inc | B | Dividend | L | T | Buy | 09/14/20 | K | | |
| 108.  -Blackrock Inc | B | Dividend | K | T | Buy | 09/14/20 | K | | |
| 109. | | | | | Sold (part) | 11/25/20 | J | B | |
| 110.  -Vanguard Short-Term Bond ETF | A | Dividend | K | T | Buy | 09/14/20 | J | | |
| 111. | | | | | Buy (add'l) | 10/01/20 | K | | |
| 112.  -Cerner Corp | A | Dividend | K | T | Buy | 09/14/20 | K | | |
| 113.  -Cisco Systems Inc | C | Dividend | M | T | Buy | 05/22/20 | L | | |
| 114. | | | | | Buy (add'l) | 09/03/20 | K | | |
| 115. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 116.  -Facebook Inc | A | Dividend | L | T | Buy | 09/14/20 | L | | |
| 117.  -Alphabet Inc | A | Dividend | L | T | Buy | 09/14/20 | L | | |
| 118.  -iShares Core S&P Small Cap ETF | A | Dividend | L | T | Buy | 06/18/20 | L | | |
| 119. | | | | | Sold (part) | 09/14/20 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. -Illumina Inc | A | Dividend | L | T | Buy | 09/14/20 | K | | |
| 121. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 122. -Lowes Companies Inc | A | Dividend | K | T | Buy | 09/14/20 | K | | |
| 123. -Lam Research Corp | A | Dividend | L | T | Buy | 09/14/20 | L | | |
| 124. | | | | | Sold (part) | 10/01/20 | J | A | |
| 125. | | | | | Sold (part) | 11/12/20 | J | A | |
| 126. -Mastercard Inc | A | Dividend | L | T | Buy | 09/14/20 | L | | |
| 127. -Mondelez Intl | B | Dividend | K | T | Buy | 08/28/20 | K | | |
| 128. -Microsoft Corp | A | Dividend | K | T | Buy | 09/14/20 | K | | |
| 129. -iShares Short Maturity Bond ETF | A | Dividend | K | T | Buy | 09/14/20 | J | | |
| 130. | | | | | Buy (add'l) | 10/01/20 | K | | |
| 131. -Loomis Sayles Core Plus Bond Fund Cl A | C | Dividend | | | Sold | 03/05/20 | M | D | |
| 132. -Novartis AG | B | Dividend | L | T | Buy | 05/22/20 | L | | |
| 133. | | | | | Buy (add'l) | 11/12/20 | J | | |
| 134. -NXP Semiconductors | A | Dividend | L | T | Buy | 09/14/20 | K | | |
| 135. -O Reilly Automotive | A | Dividend | K | T | Buy | 09/14/20 | K | | |
| 136. -Paypal Holdings Incorpor | A | Dividend | K | T | Buy | 09/14/20 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 10/01/20 | J | A | |
| 138. -Schwab US Large Cap ETF | A | Dividend | N | T | Buy | 06/18/20 | N | | |
| 139. | | | | | Sold (part) | 09/14/20 | M | E | |
| 140. -TE Connectivity LTD | C | Dividend | M | T | Buy | 08/28/20 | M | | |
| 141. | | | | | Sold (part) | 10/29/20 | J | B | |
| 142. -iShares 20 Pls Year Treasury Bnd ETF | A | Dividend | K | T | Buy | 03/05/20 | M | | |
| 143. | | | | | Sold (part) | 03/19/20 | K | A | |
| 144. | | | | | Buy (add'l) | 06/11/20 | J | | |
| 145. | | | | | Sold (part) | 06/25/20 | M | D | |
| 146. | | | | | Sold (part) | 09/14/20 | J | A | |
| 147. -Vanguard Intermediate Trm Treasury ETF | B | Dividend | L | T | Buy | 06/26/20 | L | | |
| 148. | | | | | Sold (part) | 09/14/20 | K | B | |
| 149. -Vulcan Materials Com | A | Dividend | K | T | Buy | 09/14/20 | K | | |
| 150. | | | | | Sold (part) | 10/29/20 | J | A | |
| 151. -Vanguard Real Estate ETF | C | Dividend | K | T | Buy | 06/26/20 | K | | |
| 152. | | | | | Sold (part) | 09/14/20 | J | B | |
| 153. -Vanguard Mid Cap ETF | A | Dividend | M | T | Buy | 06/18/20 | M | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154. | | | | | Sold<br>(part) | 09/14/20 | K | B | |
| 155.  -Vanguard Value ETF | A | Dividend | L | T | Buy | 06/18/20 | L | | |
| 156. | | | | | Buy<br>(add'l) | 07/23/20 | J | | |
| 157. | | | | | Sold<br>(part) | 09/14/20 | K | C | |
| 158.  FVWA Taxable Account (H) | | | | | | | | | |
| 159.  -Fidelity Adv LTD Term Muni INCM Fd A | B | Dividend | | | Sold | 06/25/20 | K | C | |
| 160.  -JP Morgan Diversified Return US Mid | B | Dividend | | | Sold | 06/18/20 | K | C | |
| 161.  -JP Morgan Diversified Return US Small | A | Dividend | | | Sold | 06/18/20 | J | B | |
| 162.  -JP Morgan Diversified Return US Equity | B | Dividend | | | Sold | 06/18/20 | K | C | |
| 163.  -MFS Intl New Discovery A | B | Dividend | | | Sold | 01/23/20 | K | C | |
| 164.  -Nuveen High Yield Muni Bond Fund Cl A | B | Dividend | | | Sold | 06/25/20 | K | B | |
| 165.  -American Fund New World Fd Cl F1 | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | J | A | |
| 166. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 167. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 168.  -PIMCO Income Cl A | A | Dividend | | | Sold | 01/23/20 | K | A | |
| 169.  -T. Rowe Price Tax Free Short Interim Inv | A | Dividend | | | Sold | 01/23/20 | K | A | |
| 170.  -Schwab US Large Cap Value ETF | A | Dividend | | | Sold | 06/18/20 | K | C | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171.  -Deutsche Managed Muni Bd Cl S | B | Dividend | | | Sold | 08/06/20 | J | A | |
| 172.  -Schwab Value Advantage Money Fund | A | Dividend | L | T | Sold<br>(part) | 01/03/20 | J | A | |
| 173. | | | | | Sold<br>(part) | 03/05/20 | J | A | |
| 174. | | | | | Sold<br>(part) | 03/17/20 | K | A | |
| 175. | | | | | Sold<br>(part) | 05/06/20 | L | A | |
| 176. | | | | | Sold<br>(part) | 09/14/20 | J | A | |
| 177. | | | | | Sold<br>(part) | 12/09/20 | K | A | |
| 178.  -T. Rowe Price Overseas Stock Fund Inv | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | K | B | |
| 179. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 180. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 181.  -Schwab Bank Cash Sweep | A | Dividend | K | T | | | | | |
| 182.  -Ishares Edge MSCI Min Vol EAFE ETF | A | Dividend | J | T | Sold<br>(part) | 01/24/20 | J | A | |
| 183. | | | | | Buy<br>(add'l) | 04/30/20 | J | | |
| 184. | | | | | Buy<br>(add'l) | 06/26/20 | J | | |
| 185.  -T. Rowe Price Blue Chip Growth Fund Inv | A | Dividend | K | T | Sold<br>(part) | 01/24/20 | K | B | |
| 186. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 187.  -PIMCO Total Return Fund | A | Dividend | | | Sold | 01/23/20 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188.  -Ishares Core US REIT ETF | A | Dividend | | | Sold | 06/18/20 | J | A | |
| 189.  -Ishares Edge MSCI Intl QLT FCTR ETF | A | Dividend | | | Sold | 06/18/20 | K | A | |
| 190.  -Vanguart Short-Term Bond ETF | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 191.  -iShares Core S&P Small Cap ETF | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 192. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 193.  -iShares National Muni Bond ETF | A | Dividend | K | T | Buy | 06/26/20 | K | | |
| 194.  -T.Rowe Price Summit Municipal Intm Inv | C | Dividend | L | T | Buy | 01/23/20 | K | | |
| 195. | | | | | Sold<br>(part) | 04/30/20 | J | A | |
| 196. | | | | | Buy<br>(add'l) | 06/26/20 | K | | |
| 197. | | | | | Buy<br>(add'l) | 08/06/20 | J | | |
| 198. | | | | | Buy<br>(add'l) | 09/17/20 | J | | |
| 199. | | | | | Buy<br>(add'l) | 11/25/20 | J | | |
| 200. | | | | | Buy<br>(add'l) | 12/23/20 | J | | |
| 201.  -Schwab US Large Cap ETF | A | Dividend | K | T | Buy | 06/18/20 | K | | |
| 202.  -iShares MSCI EAFE Small Cap ETF | A | Dividend | K | T | Buy | 01/23/20 | K | | |
| 203. | | | | | Sold<br>(part) | 03/05/20 | J | A | |
| 204. | | | | | Sold<br>(part) | 06/19/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Quattlebaum, Jr, Arthur M. | 5/12/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  -iShares 20+ Year Treasury Bond ETF | A | Dividend | J | T | Buy | 06/26/20 | J | | |
| 206.  -Vanguard Real Estate ETF | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 207. | | | | | Sold (part) | 07/23/20 | J | A | |
| 208.  -Vanguard Mid Cap ETF | A | Dividend | K | T | Buy | 06/18/20 | J | | |
| 209. | | | | | Buy (add'l) | 06/26/20 | J | | |
| 210.  -Vanguard Value ETF | A | Dividend | J | T | Buy | 06/18/20 | J | | |
| 211. | | | | | Buy (add'l) | 07/23/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Quattlebaum, Jr, Arthur M.** | 5/12/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1. The Foster Victor IRA and FVWA Taxable Account listed in lines 10-211 reflect the information about that account as of 12/31/2020. The amounts in the IRA have since been reinvested, along with the proceeds from other retirement funds associated with my old firm into the FVWA IRA and FVWA Taxable Account described in section VII. Therefore, the value codes that were in the prior FDR have been deleted in this updated FDR.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Arthur M. Quattlebaum, Jr**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544